IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MAXIMA INVESTMENTS, LLC | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-cv-00290 |
| | § | |
| SCOTTSDALE INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Maxima Investments, LLC and Defendant Scottsdale Insurance Company provide notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas E. Pennebaker* | */s/ Patrick M. Kemp* |
| Douglas E. Pennebaker, *Of Counsel* | Patrick M. Kemp |
| Texas Bar No. 00788178 | Texas Bar No. 24043751 |
| Federal Bar No. 23238 | Southern District No. 38513 |
| Furlow Law Firm | pkemp@smsm.com |
| 8610 N. New Braunfels, Ave., Ste. 707 | Segal McCambridge Singer and Mahoney |
| San Antonio, Texas 78217 | 100 Congress Ave., Suite 800 |
| (210) 562-2882 | Austin, Texas 78701 |
| | Telephone: (512) 476-7834 |
| **ATTORNEY-IN-CHARGE FOR PLAINTIFF** | Facsimile: (512) 476-7832 |
| | **ATTORNEY-IN-CHARGE FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY** |
| Of Counsel: | |
| Eric A. Quiroz | Of Counsel: |
| Texas Bar No. 24090921 | |
| Federal Bar No. 2705110 | Robert G. Wall |
| Furlow Law Firm | Texas Bar No. 24072411 |
| 8610 N. New Braunfels, Ave., Ste. 707 | Southern District No. 1117137 |
| San Antonio, Texas 78217 | rwall@smsm.com |
| (210) 562-2882 | Segal McCambridge Singer and Mahoney |
| | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 31st day of January, 2025 to:

Douglas E. Pennebaker
Eric A. Quiroz
Furlow Law Firm
8610 N. New Braunfels, Ave., Ste. 707
San Antonio, Texas 78217
doug@pennebakerlaw.com
eric@pennebakerlaw.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp